UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Mark's Airboats, Inc.

V

Thibodaux et al.

CIVIL ACTION

NO. 6:13-cv-274

Judge: Haik
Mag: Hill

## STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1 CORPORATE DISCLOSURE

Belden Investments, LLC dba Amphibious Marine
**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**

**PARENT CORPORATIONS**

None

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**

None

9/25/2013
**Date**

/s/Thomas S. Keaty
**Attorney**

7666
**Bar Roll Number**

365 Canal St. Suite 2410
**Address**

New Orleans, LA 70130