# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARK'S AIRBOATS, INC.,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **No. 13-00274** |
| **Versus** | * | |
| | * | **JUDGE RICHARD T. HAIK, SR.** |
| **RONALD J. THIBODAUX AND** | * | |
| **RONNIE'S AIRBOATS UNLIMITED, LLC** | * | **MAGISTRATE JUDGE** |
| *Defendants* | * | **C. MICHAEL HILL** |
| | * | |
| | * | |
| | * | |

**********************************************

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT OR, ALTERNATIVELY, TO DISMISS ALL CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION OR, ALTERNATIVELY, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR <u>ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT</u>

**NOW INTO COURT**, through undersigned counsel, come Defendants Ronald J. Thibodaux and Ronnie's Airboats Unlimited, LLC ("RAU") (Mr. Thibodaux and RAU, collectively, "Ronnie's"), which through undersigned counsel file this motion to strike Plaintiffs' second amended complaint (Rec. Doc. 36) (the "2nd Amended Complaint"); or, alternatively, to re-urge Ronnie's Second and Supplemental Motion to Dismiss (Rec. Doc. 27) the claims of current Plaintiffs Mark's Airboats, Inc. ("MAI"), Belden Investments, LLC d/b/a Amphibious Marine ("Amphibious Marine") and Oilfield Marine Contractors, LLC ("OMC") (collectively, the "Current Plaintiffs") and to likewise dismiss any claims now asserted by Faucheux Services, Inc. for similar reasons.  In support thereof, Defendants respectfully represent as follows:

1.  On November 25, 2013, Plaintiffs filed yet another amended complaint, this time seeking to add yet another plaintiff, Faucheux Services, Inc. ("Faucheux") – a

company mentioned briefly in Plaintiffs' first Amended Complaint, but until now not a party to this lawsuit.  In doing so, Plaintiffs failed to seek the consent of Ronnie's for said filing or to obtain leave of this Court, as required by Rule 15(a).

2. For the reasons set forth in the Memorandum in Support filed herewith, Plaintiffs' failure to comply with Rule 15(a) requires that Plaintiffs' 2nd Amended Complaint be stricken from the record of this matter.  Moreover, leave should not be granted to Plaintiffs to file their 2nd Amended Complaint as it is highly prejudicial to Ronnie's to be forced to bear the ongoing cost associated with continuing to respond to the Plaintiffs' ever-shifting complaint.

3. Alternatively, if the Court allows Plaintiffs' 2nd Amended Complaint into the record, Ronnie's re-urges its entire Second and Supplemental Motion to Dismiss currently pending before this Court, and further moves for the dismissal of all claims asserted by Faucheux seeking declaratory judgment for lack of subject matter jurisdiction.

4. Alternatively, if the Court finds jurisdiction over one or more claims in the 2nd Amended Complaint, Ronnie's moves for dismissal of some or all of Plaintiffs' claims under Rule 12(b)(6).

5. Finally, if the Court finds that jurisdiction lies over Plaintiffs' state law claims, but dismisses same under Rule 12(b)(6) for any reason, Ronnie's requests an aware of reasonable attorneys' fees and costs pursuant to La. R.S. 51:1409(A).

**PRAYER**

Wherefore, Ronnie's respectfully request that the Court grant this motion and enter the accompanying proposed Order.

Respectfully submitted,

/s/ Ian C. Barras

**IAN C. BARRAS (#30854) T.A.**
**RAYMOND G. AREAUX (#16792)**
**J. MATTHEW MILLER III (#32594)**
**EMILY LIPPOLD GORDY (#33858)**
*Carver, Darden, Koretzky, Tessier,*
*  Finn, Blossman & Areaux L.L.C.*
1100 Poydras Street, Suite 3100
New Orleans, Louisiana  70163
Telephone:     (504) 585-3800
Facsimile:      (504) 585-3801
E-mail:          barras@carverdarden.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system of the Western District of Louisiana, which will send notice of electronic filing to counsel of record for all parties in this case.

/s/ Ian C. Barras
Ian C. Barras

4840-1084-4695, v.  1