UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARKS AIRBOATS, INC.** | * | **CIVIL NO. 6:13-0274** |
| **VERSUS** | * | **JUDGE HAIK** |
| **RONALD J. THIBODAUX, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

### ORDER TRANSFERRING MOTION

The defendants' Motion to Strike Plaintiffs' Second Amended Complaint, or alternatively Motion to Dismiss for lack of subject matter jurisdiction, or for failure to state a claim, or alternatively Motion for More Definite Statement [rec. doc. 39] is hereby transferred to Judge Haik for disposition. Accordingly, the **hearing** on the Motion set for January 15, 2014 before the undersigned Magistrate judge is **canceled.**

Signed in Lafayette, Louisiana, December 10, 2013.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE