U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

DEC 19 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Mark's Airboats, Inc., et al | Civil Action No. 6:13-0274 |
| versus | Judge Richard T. Haik, Sr. |
| Ronald Thibodaux, et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

**IT IS ORDERED** that the Motion To Dismiss For Lack Of Subject Matter Jurisdiction And Failure To State A Claim Upon Which Relief Can Be Granted [Rec. Doc. 12], Second and Supplemental Motion To Dismiss For Lack Of Subject Matter Jurisdiction And Failure To State A Claim Upon Which Relief Can Be Granted, Or, Alternatively For A More Definite Statement [Rec. Doc. 27] and Motion To Strike Plaintiffs' Second Amended Complaint [Rec. Doc. 39] filed by defendants, Ronald J. Thibodaux and Ronnie's Airboats Unlimited, LLC are **DENIED**.

Thus done and signed this 17th day of December, 2013 at Lafayette, Louisiana.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE