**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MARK'S AIRBOATS, INC.** | * | |
| **BELDEN INVESTMENTS, L.L.C.,** | * | **CIVIL ACTION** |
| **OILFIELD MARINE** | * | **NO. 13-0274** |
| **CONTRACTORS, L.L.C.,** | * | |
| **FAUCHEUX SERVICES, INC., and** | * | |
| **KEN'S AIR BOAT SERVICE, INC.** | * | |
| ***Plaintiffs,*** | * | **JUDGE RICHARD T. HAIK, SR.** |
| | * | |
| **Versus** | * | |
| | * | **MAGISTRATE JUDGE** |
| **RONALD J. THIBODAUX and** | * | **C. MICHAEL HILL** |
| **RONNIE'S AIRBOATS UNLIMITED, L.L.C.** | * | |
| ***Defendants*** | * | |
| | * | |
| ******************************************** | | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

**NOW INTO COURT**, through undersigned counsel, come Mark's Airboats, Inc., Belden Investments, L.L.C. d/b/a Amphibious Marine, Oilfield Marine Contractors, L.L.C., Faucheux Services, Inc., and Ken's Air Boat Service, Inc., Plaintiffs, and Ronald J. Thibodeaux and Ronnie's Airboats Unlimited, L.L.C., Defendants, who respectfully move the Court for entry of the accompanying Stipulated Protective Order. In support thereof, the parties respectfully jointly represent as follows:

1. The conduct of discovery in this case has the potential to divulge the parties' respective trade secret and other confidential and proprietary information in a non-confidential manner.
2. It is important to all parties that the Stipulated Protective Order be entered, so that confidential and trade secret documents and other information can be produced via discovery in a timely and confidential manner.

3. A court may, upon a showing of good cause, issue a protective order requiring that "a trade secret or other confidential research, development, or commercial information…be revealed only in a specified way…." Fed. R. Civ. P. 26(c)(1)(G). The entry of a blanket protective order at the beginning of litigation "replaces the need to litigate the claim to protection document by document, and postpones the necessary showing of 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Tribune Co. et al. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001). The decision on whether or not to grant a protective order is entrusted to the district court's sound discretion. *See, e.g., Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 28 F.3d 1388, 1394 (5th Cir. 1994).

4. Consequently, the parties hereby offer the accompanying Stipulated Protective Order, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), to allow discovery in this matter to proceed in an orderly and efficient manner without requiring the parties to refer to the Court for rulings under Rule 26(c) for each and every document and response the parties may produce during discovery in this matter.

WHEREFORE, Plaintiffs and Defendants now jointly move for entry of the accompanying Stipulated Protective Order.

Respectfully submitted,

/s/ Ian C. Barras

**IAN C. BARRAS (#30854) T. A.**
**RAYMOND G. AREAUX (#16792)**
**J. MATTHEW MILLER III (#32594)**
**EMILY LIPPOLD GORDY (#33858)**
*Carver, Darden, Koretzky, Tessier,*
*Finn, Blossman & Areaux L.L.C.*
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801
E-mail: barras@carverdarden.com
*Attorneys for Defendants,*
*Ronald J. Thibodaux and*

/s/Thomas S. Keaty_

THOMAS S. KEATY (#7666)
Keaty Law Firm
365 Canal Street, Suite 2410
New Orleans, LA 70130
Phone: 504-524-2100
Fax: 504-524-2105

/s/ William W. Stagg

WILLIAM W. STAGG (#1613)
**Durio, McGoffin, Stagg & Ackermann, P.C.**
220 Heymann Boulevard (70503)
Post Office Box 51308
Lafayette, Louisiana 70505-1308
Phone: (337) 233-0300
Fax: (337) 233-0694
Attorneys for Plaintiffs Mark's Airboats, Inc., Belden Investments, L.L.C., Oilfield Marine Contractors, L.L.C., Derrick Faucheux And Faucheux Services, Inc., Ken's Air Boat Service, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system of the Western District of Louisiana, which will send notice of electronic filing to counsel of record for all parties in this case.

/s/ Ian C. Barras
Ian C. Barras

4841-5718-8128, v. 1