STATE OF LOUISIANA

PARISH OF  Iberia

## AFFIDAVIT OF DERRICK FAUCHEUX

Before me, the undersigned notary, personally came and appeared Derrick Faucheux, a person of the full age of majority, residing in Franklin, Louisiana, who, having been first duly sworn, did depose and say the following:

1. I, Derrick Faucheux, depose and say under the penalty of perjury that;

2. I am the President of Faucheux Services, Inc. ("Faucheux");

3. I would be competent to testify to the facts set forth herein if called as a witness at trial;

4. In March of 2008, Faucheux received a letter from Mr. Ted Anthony, who informed the corporation that he had been acting on behalf of Ronnie Thibodaux and Ronnie's Airboats and Fabrication, L.L.C.;

5. Mr. Anthony informed Faucheux that Mr. Ronnie Thibodaux and Ronnie's Airboats and Fabrication, L.L.C. ("Ronnie's") became aware that a customer of Faucheux, Shaw Energy Delivery Services, "have acquired and/or are using certain vessel(s) having at least one articulating boom";

6. The March 7, 2008 letter from Mr. Anthony also informed that Mr. Anthony's client "filed a United States patent application in connection with air-propelled vessels having articulating booms . . . and in the event that Ronnie's pending patent application issues, Ronnie's will act aggressively to abate any infringing activities and recover applicable damages in accordance with applicable law";

7. The March 7, 2008 letter informed Faucheux that "remedies for patent infringement can include injunctions to prevent the violation of rights secured by a patent, damages

adequate to compensate for the infringement, interests and costs as fixed by the federal court. If the infringement is willful, an infringer may be liable for treble damages and attorneys' fees incurred by the patent owner";

8. The March 7, 2008 letter and Mr. Thibodaux's attempts at continued enforcement of U.S. Patent Nos. 8,187,045 and 8,262,423 has discouraged Faucheux from pursuing future endeavors;

9. Faucheux has been reluctant to advertise and promote its equipment (airboats with deck-mounted articulating arms) or seek work with this type of equipment for fear of having to pay fines and restitution to Mr. Thibodaux;

10. As a result of the March 7, 2008 letter, Faucheux has lost significant business opportunities and profits.

FURTHER AFFIANT SAYETH NOT

3/05/2015
Date

_____
Derrick Faucheux

Sworn to and subscribed before me this 5th day of March 2015.

_____
Notary Public

SHERRY S. BISHOP
NOTARY PUBLIC
NOTARY NO. 011265