U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 4 2016

TONY R. MOORE, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **MARK AIRBOATS, INC.** | **CIVIL ACTION 13-274** |
| **VERSUS** | **JUDGE HAIK** |
| **THIBODAUX, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT OF DISMISSAL

A settlement of this matter was placed on the record on 5/12/2015. The settlement involved all claims and all parties. As such, this matter is **DISMISSED WITH PREJUDICE** and this case shall be **CLOSED** in the records of the Court.

**THUS DONE and SIGNED on this 13th day of January, 2016.**

Richard T. Haik, Sr., District Judge